[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 05-15166
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 25, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-20108-CR-PAS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE MANUEL VAZQUEZ,
a.k.a. Carlos Ernesto Gurri,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(April 25, 2006)

Before MARCUS, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Robin J. Farnsworth, appointed counsel for Jose Manuel Vazquez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, *386* U.S. 738, 87 S,Ct. 1396, 18 L.Ed2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Vazquez's conviction and sentence are **AFFIRMED.**